IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX CICCOTELLI, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 2:21-cv-05566-PD |
| DISCOVERY, INC., ROBERT J. MIRON, ROBERT R. BECK, ROBERT R. BENNETT, PAUL A. GOULD, ROBERT L. JOHNSON, KENNETH W. LOWE, JOHN C. MALONE, STEVEN A. MIRON, DANIEL E. SANCHEZ, SUSAN M. SWAIN, J. DAVID WARGO, and DAVID M. ZASLAV, | ) |
|        Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 11, 2022

**GRABAR LAW OFFICE**

By: /s/ Joshua H. Grabar
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*